COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

MAX GROSSMAN/CITY OF EL PASO,   §   No. 08-19-00272-CV

Appellant,   §   Appeal from the

v.   §   384th District Court

CITY OF EL PASO/MAX GROSSMAN,   §   of El Paso County, Texas

Appellee.   §   (TC# 2017-DCV2528)

§

# **O R D E R**

Appellant's brief was due on Wednesday, December 24, 2019. Appellant asked for an extension to file the brief on Friday, December 27, 2019. However, under Tex.R.App.P. 4.1(a), because the due date fell on a state holiday, and because December 25 and 26 were also state holidays, the due date for the Appellant's Brief was pushed forward to the next non-holiday workday: Friday, December 27, 2019. Appellant timely filed his brief before midnight on Friday, December 27, 2019. As such, Appellant was already entitled to the relief requested in the motion for extension of time, rendering the motion moot.

IT IS SO ORDERED this 30th day of December, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.